SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
KENT R. RAYGOR, Cal. Bar No. 117224
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701

MARTIN D. WHITE, Cal. Bar No. 253476
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

OF COUNSEL:
STEVENS & LEE, P.C.
Joseph Wolfson, Esquire
Todd J. Cook, Esquire
Nicholas H. Pennington, Esquire
650 Freedom Business Center
King of Prussia, PA 19406
Telephone:    (610) 205-6019

Attorneys for Plaintiff
ENERSYS DELAWARE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ENERSYS DELAWARE INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>ALTERGY SYSTEMS,<br><br>      Defendant. | Civ. A. No. 13-cv-2027<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FACT DISCOVERY**<br><br>(Judge Troy L. Nunley)<br><br>(Magistrate Judge Carolyn K. Delaney) |

Plaintiff EnerSys Delaware Inc. ("EnerSys") and Defendant Altergy Systems ("Altergy") hereby agree and stipulate as follows regarding fact discovery:

WHEREAS, the period for fact discovery presently is scheduled to close on August 1, 2014;

WHEREAS, the parties are scheduled to engage in mediation this month in an effort to resolve certain disputes between them, which include the matters at issue in this civil action;

WHEREAS, in the interests of judicial economy and conservation of resources, the parties intend to consider this litigation during the mediation and in an effort to resolve the parties' dispute herein, among other things;

Therefore, EnerSys and Altergy agree as follows:

1.   The deadline for completion of fact depositions shall be extended to October 1, 2014; and

2.   EnerSys' responses to the Discovery Requests will be served on the later of (i) September 2, 2014 or (ii) 10 days after resolution of the parties' upcoming mediation session.

Dated:  August __, 2014

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By   _____/s/ Martin D. White_____
        KENT R. RAYGOR
        MARTIN D. WHITE
Attorneys for ENERSYS DELAWARE INC

OF COUNSEL

Joseph Wolfson, Esquire
Todd J. Cook, Esquire
Nicholas H. Pennington, Esquire
Stevens & Lee, P.C.
620 Freedom Business Center, Ste. 200
King of Prussia, PA 19406
(610) 205-6019

-1-

STIPULATION AND ORDER FOR EXTENSION
OF TIME OF FACT DISCOVERY

1   Dated:  August __, 2014

2                                   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

3

4                          By      _/s/ Brian Brosnahan (as authorized on 8/1/14)___
                                        CHARLES N. FREIBERG
5                                       BRIAN P. BROSNAHAN

6                                   Attorneys for ALTERGY SYSTEMS

7

8       **IT IS SO ORDERED.**

9   Dated: August 7, 2014

10

11

12   _____
                    Troy L. Nunley
13                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. Civ. A. No. 13-cv-2027                                      STIPULATION AND ORDER FOR EXTENSION
                                                                        OF TIME OF FACT DISCOVERY