KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Charles N. Freiberg (SBN 70890)
Brian P. Brosnahan (SBN 112894)
Tobias G. Snyder (SBN 289095)
101 California Street, Suite 2300
San Francisco, CA 94111

Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Defendant Altergy Systems

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ENERSYS DELAWARE INC., <br><br>             Plaintiff, <br><br>    v. <br><br> ALTERGY SYSTEMS, <br><br>             Defendant. | Case No: 13-cv-2027 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff EnerSys Delaware Inc. ("EnerSys") and Defendant Altergy Systems ("Altergy"), by and through their attorneys of record in this action, HEREBY STIPULATE AND AGREE that this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED:  September 5, 2014        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                By:    */s/ Martin D. White (as authorized on 9/5/14)*
                                           Martin D. White

                                Attorneys for Plaintiff
                                EnerSys Delaware Inc.

/ / /

---
1
STIPULATION OF DISMISSAL; CASE NO. 13-cv-2027

DATED: September 5, 2014     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: */s/ Brian P. Brosnahan*
    Brian P. Brosnahan

Attorneys for Defendant
Altergy Systems

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

2
STIPULATION OF DISMISSAL; CASE NO. 13-cv-2027